# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:11CR321 |
| vs. ) | |
| ) | ORDER |
| LOUIS F. FRENCH, JR., ) | |
| Defendant. ) | |

Defendant Louis F. French, Jr. (French), appeared before the court on January 13, 2016, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 41). French was represented by Assistant Federal Public Defender Kelly M. Steenbock and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, French waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that French should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

The government moved for detention. Through counsel French presented no evidence nor requested a detention hearing. Since it is French's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds French has failed to carry his burden. I find that French should be detained pending a dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on February 19, 2016**. Defendant must be present in person.

2. Defendant Louis F. French, Jr., is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 13h day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge